**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICKY BARNES and KARLA BARNES**                                                    **PLAINTIFFS**

vs.                                            **4:07CV01051-WRW**

**GENERAL ELECTRIC COMPANY**
**and G.E. HEALTHCARE, INC.**                                                         **DEFENDANTS**

## ORDER

Pending is the Joint Motion to Stay All Proceedings in this Court Pending JPML Transfer Determination (Doc. No. 8).

The Joint Motion to Stay (Doc. No. 8) is GRANTED. The stay is in effect only until the MDL panel issues its resolution. Accordingly, all proceedings in this Court are stayed until the Judicial Panel on Multidistrict Litigation makes its final determination as to whether this case is to be transferred to an MDL proceeding.

IT IS SO ORDERED this 10th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE